**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DEBRA GOLDEN as natural guardian and on behalf of Andre Golden,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No.  6:06-cv-276-Orl-31JGG**

**COMMUNITY EDUCATION PARTNERS,**

        **Defendant.**
_____

## ORDER

Upon consideration of Defendant's Motion to Extend the Discovery Deadline and to Extend the Dispositive Motion Deadline (Doc. 30) and Plaintiff's Response at Doc. 46, it is

**ORDERED** that the Motion is DENIED.  The Motion itself is untimely and fails to establish good cause for an extension of the Case Management and Scheduling Order deadlines.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 7, 2006.

                                                                          GREGORY A. PRESNELL
                                                           UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party